IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01543-WJM-MEH

ATHENA MISHELLE ROE,

    Plaintiff,

v.

CHAD SCHOOLEY,
PAUL SHERRY,
ERIK CARLSON,
BRIAN METZ,
PAMELA TAYLOR, and
WILLIAM LUECK,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2015**.

    Plaintiff's Unopposed Motion for Leave to Amend the Complaint [filed August 27, 2015; docket #26] is **granted** despite Plaintiff not filing the proposed amended pleading.[1]  In light of Plaintiff's upcoming filing of an amended complaint, Defendants' Motion for Extension of Time to Respond to Claims for Relief [filed August 27, 2015; docket #24] is **denied as moot**.

---

    [1] The Court notes that to determine whether it is in the interest of justice to grant an amendment pursuant to Fed. R. Civ. P. 15(a), the Court must review the proposed amended pleading.