IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01543-WJM-MEH | Date: | September 8, 2015 |
| Courtroom Deputy: | Billie Diemand-Neligh | FTR: | Courtroom A 501 |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| | |
| ATHENA MISHELLE ROE | Pro se |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| PARKSIDE CARDIOLOGY, LLC. | Jessica Danehy |
| CHAD C. SCHOOLEY (I) | Scott Johnson |
| PAUL D. SHERRY | |
| PAUL D. SHERRY (I) | |
| ERIK R. CARLSON | |
| ERIK R. CARLSON (I) | |
| BRIAN K. METZ | |
| BRIAN K. METZ (I) | |
| PAMELA A. TAYLOR | |
| PAMELA A. TAYLOR (I) | |
| WILLIAM LUECK | |
| WILLIAM LUECK (I) | |
| | |
| COLORADO SPRINGS CARDIOLOGY | Byeongsook Seo |
| | Megan Rose |
| | Jessica Danehy |
| | Scott Johnson |
| Defendant. | |

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session: 9:49 a.m.**

Court calls case.   Appearances of counsel.

Discussion regarding recently filed Amended Complaint Doc. [33]. Discussion regarding Motions to Dismiss and Stays. Discussion regarding parties that are added and clarification on parties being named in the Amended Complaints. Discussion of Service.

**ORDERED:** Doc [33] Proposed Order for Plaintiff's Motion for Leave to File Second Amended Complaint **IS DENIED**.

**ORDERED:** A Second Amended Complaint is due by September 15, 2015.   Upon the filing of this Amended Complaint the Court will file an Order Overriding the prior Amended Complaints.

**ORDERED:** Scheduling Conference is reset for October 14, 2015 at 10:30 a.m.

**Court in recess:   10:26 a.m.            (Hearing concluded)**
**Total time in Court: 0:37**

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-2483.