IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01543-WJM-MEH

THE ESTATE OF DR. CHRISTOPHER NORMAN TULIN, and
ATHENA MISHELLE ROE,

      Plaintiffs,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, d/b/a
Colorado Springs Cardiology, a Centura Health Clinic, and as
Penrose-St. Francis Health Services,
COLORADO SPRINGS CARDIOLOGISTS, P.C.,
a Colorado professional corporation,
CHAD C. SCHOOLEY,
PAUL D. SHERRY,
PAMELA A. TAYLOR,
ERIC R. CARLSON,
BRIAN K. METZ,
WILLIAM C. LUECK, and
MICHAEL J. BARBER,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015**.

      Plaintiff's Motion for Leave to File Second Amended Complaint [filed October 5, 2015; docket #42] is **granted** as follows. The Second Amended Complaint is accepted as filed. The Court notes that Plaintiff, as directed in the most recent Status Conference, only altered the caption, which leaves the "Parties" section of the Second Amended Complaint misaligned with the new caption. To the extent there are differences between the two, the caption will control moving forward, with those names and/or entities not listed in caption but listed in the "Parties" section disregarded.

      The Clerk of the Court is directed to file the document (located at docket #42-1) as the Second Amended Complaint and to alter the caption on the Court's electronic filing system to align with the caption on the Second Amended Complaint.